

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NOS. PD-0434-24 & PD-0435-24

## EX PARTE SERGIO HERRERA CAMPOS & ANGEL ALBERTO RUIZ VALLESTEROS, Appellants

### ON STATE'S PETITIONS FOR DISCRETIONARY REVIEW
### FROM THE TEXARKANA COURT OF APPEALS
### KINNEY COUNTY

*Per curiam.* YEARY, J., dissented.

## O P I N I O N

In each of these cases, Appellant was arrested for trespassing on private property. *See* TEX. PENAL CODE § 30.05(a). He filed a pretrial application for a writ of habeas corpus, arguing that the State was selectively prosecuting him in violation of his equal protection rights. In each case, the trial court denied relief, Appellant appealed, and the

court of appeals reversed the trial court's ruling denying relief.[1]

The State has filed a petition for discretionary review in each case, arguing that the court of appeals erred in following the San Antonio Court of Appeals' decision in *Ex parte Aparicio*, 672 S.W.3d 696 (Tex. App.—San Antonio 2023). We recently handed down our opinion in *Ex parte Aparicio*, No. PD-0461-23, ___ S.W.3d ___ (Tex. Crim. App. October 9, 2024), in which we held that Aparicio's selective prosecution claim was cognizable in a pretrial habeas application. We also held that Aparicio did not make a prima facie showing that he was arrested and prosecuted because of his gender.

Consistent with our opinion in *Aparicio*, we grant review on our own motion of the following ground in each case:

> Did Appellant make a prima facie showing that he was arrested and prosecuted because of his gender?

Accordingly, in each case, we vacate the judgment of the court of appeals and remand the case to that court in light of our opinion in *Aparicio*. The State's petitions are refused. No motions for rehearing will be entertained, and the Clerk is instructed to immediately issue mandate.

DATE DELIVERED: DECEMBER 11, 2024
DO NOT PUBLISH

---

[1] *Ex parte Campos*, No. 06-24-00039-CR (Tex. App.—Texarkana April 16, 2024); *Ex parte Vallesteros*, No. 06-24-00040-CR (Tex. App.—Texarkana April 16, 2024).